**Dismissed and Memorandum Opinion filed November 19, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00168-CV

---

### KAMAL KADI, Appellant

### V.

### AUTUMN CHACE HOMEOWNER'S ASSOCIATION, INC. & CREATIVE MANAGEMENT COMPANY, Appellees

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1050834**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed February 11, 2015. This Court determined that appellant did not properly present this cause in the brief on file. Because appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure, we ordered appellant to rebrief. *See* Tex. R. App. P. 38.1(c), (d), (f), (g), and (i). On November 5, 2015, appellant filed an amended brief.

Appellant's amended brief also fails to comply with the Texas Rules of Appellate Procedure. When an appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution.

Appellant's brief still fails to comply with the Texas Rules of Appellate Procedure. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justice Christopher, Brown and Wise.